# EXHIBIT 2

CJ-13-4034
Stuart

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JU 18 2013

PAT RHODES
COURT CLERK

32____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JUSTIN UNSELL and LESLIE UNSELL )
)
Plaintiffs, )
)
vs. ) Case No. **CJ-2013-4034**
)
J. D. BULLARD, PROGRESSIVE )
NORTHERN INSURANCE COMPANY, )
and FARMERS INSURANCE COMPANY, INC., )
)
Defendants. )

ROGER STUART

## PETITION

### COUNT I

Plaintiffs state:

1. On November 21, 2012, Plaintiff Justin Unsell was driving his vehicle west on State Highway 3 at its intersection with a county road named "Woods Road". Defendant J.D. Bullard was driving his vehicle north on Woods Road and collided with Plaintiff's vehicle in the intersection of State Highway 3 and Woods Road.

2. The collision resulted from defendant Bullard's negligence as follows:

    a. Defendant Bullard failed to stop and yield the right-of-way to Plaintiff's vehicle from a stop sign facing defendant.

    b. Defendant Bullard was traveling at a speed wherein he could not stop within the assured clear distance ahead.

    c. Defendant Bullard was traveling at a speed in excess of the speed limit.

    d. Defendant Bullard failed to keep the proper lookout.

    e. Defendant Bullard failed to use his brakes, horn or steering mechanism to avoid the collision.

3. At the time of the collision, Progressive Northern Insurance Company had a policy of uninsured/underinsured motorist insurance coverage in force and effect in favor of Plaintiffs' for injuries received and caused by the negligence of an uninsured or underinsured motorist. At the time of the collision, Defendant Bullard was an uninsured or underinsured motorist. All conditions precedent under the policy have been met.

4. At the time of the collision, Farmers Insurance Company had a policy of uninsured/underinsured motorist insurance coverage in force and effect in favor of Plaintiffs' for injuries received and caused by the negligence of an uninsured or underinsured motorist. At the time of the collision, Defendant Bullard was an uninsured or underinsured motorist. All conditions precedent under the policy have been met.

5. As a result of Defendant Bullard's negligence, Plaintiff Justin Unsell suffered personal injuries; said injuries are permanent, painful, progressive and disfiguring. At the time of the injuries, Plaintiff Justin Unsell was 29 years of age with a life expectancy of 48.9 years. As a further result of Defendant Bullard's negligence, Plaintiff has and will incur medical expense, has and will lose earnings, has and will suffer pain of mind and body, will be permanently disabled and disfigured, and his earning capacity reduced and has been damaged in an amount in excess of $75,000.00.

## COUNT II

6. Plaintiff Leslie Unsell for Count II repleads the allegations of Count I herein and states that she is the wife of Plaintiff Justin Unsell and as a further result of defendant Bullard's

negligence she has and will be deprived of her husband's services, companionship and consortium and has been damaged in an amount in excess of $75,000.00.

## COUNT III

7. Plaintiffs replead the allegations of Counts I and II herein and state that the acts of defendant Bullard were gross, wanton, willful and intentional for which punitive damages should be accessed in an amount in excess of $75,000.00.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, in an amount in excess of $75,000.00, attorney fees, interest, costs of this action, and further relief as this court deems proper.

Respectfully Submitted,

*/s/ Ed Abel*

ED ABEL, OBA #103
ABEL LAW FIRM
900 N.E. 63rd Street
Oklahoma City, OK 73105
(405) 239-7046 (405) 418-0833 (fax)
**ATTORNEY FOR PLAINTIFFS**

ATTORNEY'S LIEN CLAIMED