# EXHIBIT 10



DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| JUSTIN UNSELL and LESLIE UNSELL ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> J.D. BULLARD, PROGRESSIVE ) <br> NORTHEN INSURANCE COMPANY, ) <br> and FARMERS INSURANCE ) <br> COMPANY, INC., ) <br> ) <br> Defendants. ) | Case No.: CJ-2013-4034 <br> The Honorable Roger H. Stuart <br><br> FILED IN DISTRICT COURT <br> OKLAHOMA COUNTY <br> OCT 23 2013 <br> TIM RHODES <br> COURT CLERK <br> 32 |

## DISMISSAL WITH PREJUDICE OF DEFENDANT, JD BULLARD

COME NOW the Plaintiffs, Justin Unsell and Leslie Unsell, and hereby dismisses all of their claims against Defendant, JD Bullard, only, in the above-styled and numbered cause with prejudice to the filing of a future action thereof. All claims against the remaining defendants are expressly reserved.

*Ed Abel* (signature)

Ed Abel, OBA#103
ABEL LAW FIRM
The White House
900 Northeast 63rd Street
Oklahoma City, Oklahoma 73105
Telephone:   405-239-7046
Facsimile:   405-418-0833
**ATTORNEY FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served by regular mail this 27'd day of October, 2013, upon:

Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
1120 Robinson Renaissance
119 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: 405-606-3333
Facsimile: 405-606-3334
Email: brad@pclaw.org
ATTORNEYS FOR DEFENDANT, PROGRESSIVE NORTHERN INSURANCE COMPANY

John Nowakowski, Esq.# 12150
MIDDLETON, NOWAKOWSKI & SMITH
100 North Broadway, Suite 2500
Oklahoma City, OK 73102-8818
Telephone: 405-325-7600
Facsimile: 405-235-7636
**ATTORNEYS FOR DEFENDANT JD BULLARD**

Greg D. Givens, Esq. OBA #10310
Sheila R. Benson, Esquire
Christopher T. Combs, Esquire
GIVENS LAW FIRM
136 Northwest 10th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone:   405-604-6880
Facsimile:   405-604-6998
ATTORNEYS FOR DEFENDANT,
FARMERS INSURANCE COMPANY, INC.

_____
Ed Abel