UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTIN UNSELL and LESLIE UNSELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 13-cv-1214-L |
| ) | |
| PROGRESSIVE NORTHERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiffs, Justin Unsell and Leslie Unsell, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 10th day of December 2013.

| | |
|---|---|
| s/ Ed Abel | /s Brad L. Roberson |
| *(Signed by Filing Attorney With Permission of Attorney)* | Brad L. Roberson, OBA No. 18819 |
| | PIGNATO, COOPER, KOLKER & ROBERSON, P.C. |
| Ed Abel, OBA No. 103 | Robinson Renaissance Building |
| ABEL LAW FIRM | 119 North Robinson Avenue, 11th Floor |
| The White House | Oklahoma City, Oklahoma 73102 |
| 900 Northeast 63rd Street | Telephone:   405-606-3333 |
| Oklahoma City, Oklahoma 73105 | Facsimile:   405-606-3334 |
| Telephone:   405-239-7046 | **ATTORNEYS FOR DEFENDANT** |
| Facsimile:   405-418-0833 | |
| **ATTORNEYS FOR PLAINTIFF** | |